**Dipak CHAUDHARI, Petitioner**

v.

**Loretta LYNCH, U.S. Attorney General, Respondent**

No. 15-60280
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/15/2016

Naim Haroon, Sakhia Law Group, Plano, TX, for Petitioner

Arthur L. Rabin, Trial Attorney, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent

Before BENAVIDES, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:*

Dipak Chaudhari, a native and citizen of India, petitions for review of the order of the Board of Immigration Appeals (BIA) dismissing his appeal of the immigration judge's (IJ) denial of his motion to reopen his in absentia removal proceedings. We have jurisdiction to review the denial of this motion. *See Nolos v. Holder*, 611 F.3d 279, 281 (5th Cir. 2010). We review the BIA's denials of motions to reopen under a "highly deferential abuse-of-discretion standard." *Zhao v. Gonzales*, 404 F.3d 295, 303 (5th Cir. 2005).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Chaudhari argues that he never received notice of the date and time of his removal hearing. Service of notice of the removal hearing upon Chaudhari's attorney constituted adequate notice. *See* 8 U.S.C. § 1229(a)(2)(A); § 1229a(b)(5)(A); 8 C.F.R. § 1292.5(a); *Rodriguez–Manzano v. Holder*, 666 F.3d 948, 953 n.6 (5th Cir. 2012); *Men Keng Chang v. Jiugni*, 669 F.2d 275, 277–78 (5th Cir. 1982). Thus, Chaudhari has not shown that the BIA abused its discretion. *See Zhao*, 404 F.3d at 303.

The petition for review is DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.